Melissa Newel (#148563)
NEWEL LAW
827 Broadway, Suite 205
Oakland, CA  94607
(510) 316-3827
mnewel@newellawfirm.com

Attorney for Plaintiff
ALFONSO L. GONZALEZ

BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
DONNA W. ANDERSON, Special Assistant U.S. Attorney
160 Spear Street, Suite 800
San Francisco, CA  94105
(415) 977-8930
donna.w.anderson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO L. GONZALEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>　　　　Defendant. | No.  1:15-CV-01132 (BAM)<br><br>**ORDER RE:  STIPULATION EXTENDING BRIEFING SCHEDULE** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Plaintiff shall have a second extension of thirty (30) days to serve his Confidential Letter Brief. Plaintiff's Confidential Letter Brief shall now be served on or before **April 20, 2016**. All remaining briefing deadlines are modified accordingly. Plaintiff seeks the additional extension as a result of plaintiff's counsel relocating her business office, and the associated matters caused by moving offices, in conjunction with a heavy workload despite due diligence.

Respectfully submitted,

Dated: March 21, 2016

NEWEL LAW

By: *Melissa Newel*
Melissa Newel
Attorney for Plaintiff
ALFONSO L. GONZALEZ

Dated: March 22, 2016

BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration

By: Donna W. Anderson
DONNA W. ANDERSON
(*Authorized by email dated 3/22/2016*)
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

Based upon the above stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED that Plaintiff shall have a second extension of time, up to and including April 20, 2016, to serve his confidential letter brief. All other deadlines set forth in the Scheduling Order are modified accordingly.

IT IS SO ORDERED.

Dated:   **March 23, 2016**        /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE