PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Acting Regional Chief Counsel, Region IX
Social Security Administration
DONNA W. ANDERSON, PSBN 46355
Special Assistant United States Attorney
Assistant Regional Counsel
  Social Security Administration, Region IX
  160 Spear Street, Suite 800
  San Francisco, California 94105
Tel: (415) 977-8943
Fax: (415) 744-0134
E-mail: donna.w.anderson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| ALFONSO LEOPOLDO GONZALEZ, <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN, Acting Commissioner of Social Security, <br><br> Defendant. | Case No. 1:15-cv-01132-BAM <br><br> STIPULATION AND ORDER FOR EXTENSION OF TIME |

    The parties, through their respective counsel, stipulate that the time for Defendant to file her Answering Brief should be extended to August 17, 2016.

//

//

This is Defendant's first request for an extension of time to file her Answering Brief. Defendant needs the additional due to her illness, scheduled physical therapy, and counsel's leave schedule. Plaintiff does not object and agrees that all subsequent filing deadlines should be extended accordingly.

Respectfully submitted,

Dated: July 13, 2016 */s/ Melissa Newell* *
MELISSA NEWELL
Attorney for Plaintiff Alfonso Gonzalez
(*Authorized via Email on 07/13/16)

Dated: July 13, 2016 PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration

By: */s/ Donna W. Anderson*
DONNA W. ANDERSON
Special Assistant United States Attorney

ORDER

Pursuant to the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that Defendant's deadline to file an answering brief is extended to August 17, 2015. All remaining filing deadlines shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **July 13, 2016**          /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE